FILED: 10/11/2019 8:31 AM
Vickie Edgerly, District Clerk
Orange County, Texas
Envelope No. 37573563
Reviewed By: Justin Rhodes

CAUSE NO. D190381-C

| | | |
|---|---|---|
| TEXAS FARMERS INSURANCE COMPANY as Subrogee of GLEN and THELMA STERLING | § § § § | IN THE DISTRICT COURT OF |
| v. | § § | ORANGE COUNTY, TEXAS |
| BSH HOME APPLIANCES CORPORATION | § § § § | 260ᵀᴴ JUDICIAL DISTRICT |

## ORIGINAL ANSWER OF DEFENDANT
## BSH HOME APPLIANCES CORPORATION

Defendant BSH Home Appliances Corporation ("Defendant") files this Original Answer and would show the Court the following:

### GENERAL DENIAL

As authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial of all matters pled by Plaintiff Texas Farmers Insurance Company as subrogee of Glen and Thelma Sterling ("Plaintiff") and requests that the Court require Plaintiff to prove its charges and allegations by a preponderance of the evidence or clear and convincing evidence as required by the Constitution and laws of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant BSH Home Appliances Corporation requests that Plaintiff Texas Farmers Insurance Company as subrogee of Glen and Thelma Sterling take nothing against BSH Home Appliances Corporation and that Defendant BSH Home Appliances Corporation have and recover its attorneys' fees and costs of court. Finally, Defendant BSH Home Appliances Corporation requests all other relief, legal or equitable, general or special, to which Defendant BSH Home Appliances Corporation may show itself justly entitled.

EXHIBIT C
TFIC aso Sterling v BSH Home Appliances

Respectfully submitted,

SHEEHY WARE & PAPPAS, P.C.


By: */s/ Raymond A. Neuer*
      Raymond A. Neuer
      SBN 14928350
      rneuer@sheehyware.com
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010
713.951.1000 – telephone
713.951.1199 – facsimile

*Attorneys for Defendant*
*BSH Home Appliances Corporation*


## CERTIFICATE OF SERVICE

     This will certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in accordance with the Texas Rules of Civil Procedure on October 11, 2019.


          */s/ Raymond A. Neuer*
          Raymond A. Neuer

3580841

2